UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 22-mj-394 |
| | : | |
| v. | : | |
| | : | |
| PEN REGISTER | : | March 27, 2023 |

## **MOTION TO UNSEAL**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order unsealing all documents in the above-captioned case.

>
> Respectfully submitted,
> VANESSA ROBERTS AVERY
> UNITED STATES ATTORNEY
>
> _____
> JOCELYN COURTNEY KAOUTZANIS
> ASSISTANT UNITED STATES ATTORNEY
> Federal Bar No. CT30426
> United States Attorney's Office
> District of Connecticut
> 157 Church Street
> New Haven, CT 06510
> (203) 821-3700

## **CERTIFICATION**

I hereby certify that on March 27, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>
> _____
> JOCELYN COURTNEY KAOUTZANIS
> ASSISTANT UNITED STATES ATTORNEY

1